UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

CIVIL ACTION NO. _____

5: '04 CV- 97 - R

'04 MAY 11 P 4:00

EDWIN A. JONES ............................................................ PLAINTIFF

VS.

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT AGENCY
MICHELLE STEPHENSON
ERWIN ROBERTS
DAREN ATKINS AND
MIKE LANTRIP ............................................................ DEFENDANTS

## COMPLAINT

Comes now the Plaintiff and for his Complaint states as follows:

### IDENTIFICATION OF PARTIES

1. Plaintiff, Edwin A. Jones, is a resident of the Commonwealth of Kentucky, and resides at 621 South 7th Street, Paducah, KY 42002.

2. The defendant, United States of America, including the divisions of its government as the Department of Justice and the Drug Enforcement Agency, are named as defendants in this matter and can be served consistent with Rule 4(I) of the Federal Rules of Civil Procedure, by delivery of a copy of the Summons and Complaint to the Assistant United States Attorney or clerical employee designated by the United States Attorney for service.

3. Defendant, Michelle Stephenson, a resident of the Commonwealth of Kentucky, is an Assistant United States Attorney for the Western District of Kentucky and

4. Defendant, Erwin Roberts, a resident of the Commonwealth of Kentucky, is an Assistant United States Attorney for the Western District of Kentucky and is sued in both his individual and official capacity.

5. Defendant, Daren Atkins, a resident of the Commonwealth of Kentucky, is an employee of the Drug Enforcement Agency of the United States of America and is sued in both his individual and official capacity.

6. Defendant Mike Lantrip, a resident of the Commonwealth of Kentucky, is an employee of the City of Madisonville, Kentucky and is sued in both his individual and official capacity.

## JURISDICTION

7. This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1985, .42 U.S.C. § 1988, 42 U.S.C. § 1986 & 18 U.S.C. § 241.

## FACTS OF THE COMPLAINT

8. Defendants Michelle Stephenson, Erwin Roberts, Daren Atkins and Mike Lantrip all participated in the investigation of charges relating to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*.

9. During the investigation and prosecution of charges relating to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*, the defendants intentionally failed to disclose exculpatory evidence which would have effected the plea negotiation, the conviction and the sentence; and as a result deprived the Plaintiff of his due process rights to fair court proceedings.

10. In the alterative, during the investigation and prosecution of charges relating

to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*, the defendants exercised deliberate indifference in the performance of their duties and failed to disclose exculpatory evidence which would have effected the plea negotiation, the conviction and the sentence; and as a result deprived the Plaintiff of his due process rights to fair court proceedings.

11. In the alterative, during the investigation and prosecution of charges relating to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*, the defendants exercised reckless disregard in the performance of their duties and failed to disclose exculpatory evidence which would have effected the plea negotiation, the conviction and the sentence; and as a result deprived the Plaintiff of his due process rights to fair court proceedings.

12. In the alterative, during the investigation and prosecution of charges relating to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*, the defendants negligently failed to disclose exculpatory evidence which would have effected the plea negotiation, the conviction and the sentence; and as a result deprived the Plaintiff of his due process rights to fair court proceedings.

13. During the investigation and prosecution of charges relating to *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky*, the defendants negligently failed to prevent a conspiracy to violate the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and have caused damage to Edwin A. Jones.

14. Plaintiff incorporates by reference the affidavits of Paul Jones, Kevin Stone and Doug Thornsberry. The affidavits are attached to the Complaint as Exhibits A, B & C.

**COUNT I**

15. Plaintiff incorporates all preceding paragraphs of this Complaint into Count I by reference.

16. Defendant United States of America is liable for intentional and negligent actions of its employees.

17. The defendant United States of America and its employees had a duty to timely disclose exculpatory evidence discovered or known by defendant United States of America and employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

18. The defendant United States of America through its employees through either conspiracy, intentional acts or negligence failed to timely disclose and/or make a record of exculpatory evidence discovered or known by defendant United States of America and employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

19. In so doing, the defendant United States of America through its employees have violated the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and have caused damage to Edwin A. Jones.

20. The actions of the defendant United States of America through its employees

were fraudulent, oppressive and malicious.

## COUNT II

21. Plaintiff incorporates all preceding paragraphs of this Complaint into Count II by reference.

22. The defendant United States of America through its employees violated 18 U.S.C. 1509 and thus violated the rights and protections afforded to Edwin A. Jones by 18 U.S.C. 1509 and caused the Plaintiff damages.

## COUNT III

23. Plaintiff incorporates all preceding paragraphs of this Complaint into Count III by reference.

24. The defendant United States of America through its employees violated KRS 522.030 and thus violated the rights and protections afforded to Edwin A. Jones by KRS 522.030 and caused the Plaintiff damages.

## COUNT IV

25. Plaintiff incorporates all preceding paragraphs of this Complaint into Count IV by reference.

26. The defendant United States of America through its employees intentionally inflicted emotional distress on Plaintiff and caused the Plaintiff damages.

## COUNT V

27. Plaintiff incorporates all preceding paragraphs of this Complaint into Count V by reference.

28. Defendant Michelle Stephenson had a duty to discover and timely disclose exculpatory evidence discovered or known by defendant United States of America and

employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

29. Defendant Michelle Stephenson through either conspiracy, intentional acts, deliberate indifference, reckless disregard or negligence failed to discover and timely disclose exculpatory evidence discovered or known by defendant Michelle Stephenson in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

30. In so doing, defendant Michelle Stephenson violated the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and caused damage to Edwin A. Jones.

31. The actions of defendant Michelle Stephenson were fraudulent, oppressive and malicious.

## COUNT VI

32. Plaintiff incorporates all preceding paragraphs of this Complaint into Count VI by reference.

33. Defendant Michelle Stephenson violated 18 U.S.C. 1509 and thus violated the rights and protections afforded to Edwin A. Jones by 18 U.S.C. 1509 and caused the Plaintiff damages.

## COUNT VII

34. Plaintiff incorporates all preceding paragraphs of this Complaint into Count

VII by reference.

35. The defendant Michelle Stephenson violated KRS 522.030 and thus violated the rights and protections afforded to Edwin A. Jones by KRS 522.030 and caused the Plaintiff damages.

### COUNT VIII

36. Plaintiff incorporates all preceding paragraphs of this Complaint into Count VIII by reference.

37. Defendant Michelle Stephenson intentionally inflicted emotional distress on Plaintiff and caused the Plaintiff damages.

### COUNT IX

38. Plaintiff incorporates all preceding paragraphs of this Complaint into Count IX by reference.

39. Defendant Michelle Stephenson violated Kentucky Supreme Court Rule 3.130(3.8) and thus violated the rights and protections afforded to Edwin A. Jones by Kentucky Supreme Court Rule 3.130(3.8) and caused the Plaintiff damages.

### COUNT X

40. Plaintiff incorporates all preceding paragraphs of this Complaint into Count X by reference.

41. Defendant Michelle Stephenson neglected to prevent the conspiracy to withhold exculpatory evidence from Defendant Edwin Jones in violation of 42 U.S.C. 1986 and caused the Plaintiff damages.

### COUNT XI

42. Plaintiff incorporates all preceding paragraphs of this Complaint into Count

XI by reference.

43. Defendant Erwin Roberts had a duty to discover and timely disclose exculpatory evidence discovered or known by defendant United States of America and employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

44. Defendant Erwin Roberts through either conspiracy, intentional acts, deliberate indifference, reckless disregard or negligence failed to discover and timely disclose exculpatory evidence discovered or known by defendant Michelle Stephenson in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* to Defendant Edwin A. Jones.

45. In so doing, defendant Erwin Roberts violated the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and caused damage to Edwin A. Jones.

46. The actions of defendant Erwin Roberts were fraudulent, oppressive and malicious.

### COUNT XII

47. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XII by reference.

48. Defendant Erwin Roberts violated 18 U.S.C. 1509 and thus violated the rights and protections afforded to Edwin A. Jones by 18 U.S.C. 1509 and caused the Plaintiff damages.

## COUNT XIII

49.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XIII by reference.

50.    Defendant Erwin Roberts violated KRS 522.030 and thus violated the rights and protections afforded to Edwin A. Jones by KRS 522.030 and caused the Plaintiff damages.

## COUNT XIV

51.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XIV by reference.

52.    Defendant Erwin Roberts intentionally inflicted emotional distress on Plaintiff and the Plaintiff damages.

## COUNT XV

53.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XV by reference.

54.    Defendant Erwin Roberts violated Kentucky Supreme Court Rule 3.130(3.8) and thus violated the rights and protections afforded to Edwin A. Jones by Kentucky Supreme Court Rule 3.130(3.8) and caused the Plaintiff damages.

## COUNT XVI

55.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XVI by reference.

56.    Defendant Erwin Roberts neglected to prevent the conspiracy to withhold exculpatory evidence from Defendant Edwin Jones in violation of 42 U.S.C. 1986 and in so doing caused the Plaintiff damages.

## COUNT XVII

57. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XVII by reference.

58. Defendant Daren Atkins had a duty to record exculpatory evidence discovered or known by defendant United States of America and its employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* and forward such evidence to the prosecution in *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* for disclosure to Defendant Edwin A. Jones.

59. The defendant Daren Atkins through either conspiracy, intentional acts, deliberate indifference, reckless disregard or negligence failed to timely disclose or record exculpatory evidence discovered or known by defendant United States and its employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* and/or failed to forward such evidence to the prosecution in *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* for disclosure to Defendant Edwin A. Jones..

60. In so doing, defendant Daren Atkins violated the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and have caused damage to Edwin A. Jones.

61. The actions of the defendant Daren Atkins were fraudulent, oppressive and

malicious.

## COUNT XVIII

62. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XVIII by reference.

63. Defendant Daren Atkins violated 18 U.S.C. 1510 and thus violated the rights and protections afforded to Edwin A. Jones by 18 U.S.C. 1510 and caused the Plaintiff damages.

## COUNT XIX

64. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XIX by reference.

65. Defendant Daren Atkins violated KRS 522.030 and thus violated the rights and protections afforded to Edwin A. Jones by KRS 522.030 and caused the Plaintiff damages.

## COUNT XX

66. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XX by reference.

67. Defendant Daren Atkins intentionally inflicted emotional distress on Plaintiff and caused the Plaintiff damages.

## COUNT XXI

68. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XXI by reference.

69. Defendant Mike Lantrip had a duty to record exculpatory evidence discovered or known by defendant United States of America and its employees in the

investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* and forward such evidence to the prosecution in *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* for disclosure to Defendant Edwin A. Jones.

70. Defendant Mike Lantrip through either conspiracy, intentional acts, deliberate indifference, reckless disregard or negligence failed to timely disclose or record exculpatory evidence discovered or known by either himself or defendant United States and its employees in the investigation and prosecution of *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* and/or failed to forward such evidence to the prosecution in *United States of America v. Edwin A. Jones, Case Number 5:02CR-1-07-R, Paducah Division, Western District of Kentucky* for disclosure to Defendant Edwin A. Jones..

71. In so doing, defendant Mike Lantrip violated the civil and Constitutional rights and protections found in the 4th, 5th, 6th and 14th Amendments to the Constitution of the United States of America of Edwin A. Jones and have caused damage to Edwin A. Jones.

72. The actions of the defendant Mike Lantrip were fraudulent, oppressive and malicious.

### COUNT XXII

73. Plaintiff incorporates all preceding paragraphs of this Complaint into Count XXII by reference.

74. Defendant Mike Lantrip violated 18 U.S.C. 1510 and thus violated the rights and protections afforded to Edwin A. Jones by 18 U.S.C. 1510 and caused the Plaintiff

damages.

## COUNT XXIII

75.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XXIII by reference.

76.    Defendant Mike Lantrip violated KRS 522.030 and thus violated the rights and protections afforded to Edwin A. Jones by KRS 522.030 and caused the Plaintiff damages.

## COUNT XXIV

77.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XXIV by reference.

78.    Defendant Mike Lantrip intentionally inflicted emotional distress on Plaintiff and caused the Plaintiff damages.

## COUNT XXV

77.    Plaintiff incorporates all preceding paragraphs of this Complaint into Count XXV by reference.

78.    Defendant Michelle Stephenson, defendant Erwin Roberts, defendant Daren Atkins and defendant Mike Lantrip conspired to injure the Plaintiff's rights and privileges secured to him by the Constitution or laws of the United States (i.e. Brady rights and due process rights to fair court proceedings); all in violation of 18 U.S.C. 241.

**WHEREFORE** Plaintiff request the following relief:

1. Trial by Jury

2. Monetary and consequential damages

3. Punitive damages

4. Attorney's Fees (Plaintiff anticipates hiring an attorney at some stage)

5. Disclosure of all undisclosed exculpatory evidence

_____
Edwin A. Jones, Plaintiff
621 South 7th Street
Paducah, Kentucky 42002